NUMBER 13-01-280-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________

JAMES SOLIS , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court 

of Gonzales County, Texas.

___________________________________________________________________
O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, JAMES SOLIS , perfected an appeal from a judgment entered by the County Court of Gonzales County, Texas, 
in cause number 23233 . Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R. App. P.
42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of June, 2001 .